UNITED STATES of America,
Plaintiff–Appellee

v.

Edgar Ricardo LOPEZ–NAJERA,
Defendant–Appellant.

No. 10–40232

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Kimberly S. Keller, Keller Law Firm, San Antonio, TX, for Defendant–Appellant.

Edgar Ricardo Lopez–Najera, Washington, MS, pro se.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Edgar Ricardo Lopez–Najera has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(1967). Lopez–Najera has filed a response. Our independent review of the record, counsel's brief, and Lopez–Najera's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.